

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ALEJANDRO TOLEDO-RAMIREZ | CASE NUMBER: 07CR3423-JAH |

I, ALEJANDRO TOLEDO-RAMIREZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _December 20, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

xAlejandro Toledo R.
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

